```
                                                      U.S. DISTRICT COURT
                                                      DISTRICT OF VERMONT
                                                             FILED
        UNITED STATES DISTRICT COURT
                  FOR THE                             2024 JUN -3 PM 2: 35
             DISTRICT OF VERMONT
                                                            CLERK
                                                      BY    /s/
                                                         DEPUTY CLERK
```

| | |
|---|---|
| STEPHEN PREVOST, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:24-cv-425 |
| | ) |
| ANGELA BRICE and NORTH COUNTRY | ) |
| COMMUNITY COLLEGE, | ) |
| | ) |
| Defendants. | ) |

## JUDICIAL DISCLOSURE

Plaintiff Stephen Prevost seeks to introduce the declaration of staff person Stacey Reyome as factual evidence. The undersigned has known Ms. Reyome for over twenty years on both a personal and professional basis. As a result, the court must either decline to consider the Reyome declaration or recuse in this matter. Counsel are directed to meet and confer and advise the court of their preference within ten (10) days of the date of this Judicial Disclosure.

SO ORDERED.

Dated at Burlington, in the District of Vermont, this _3rd_ day of June, 2024.

_____
Christina Reiss, District Judge
United States District Court